SAM IGER, Respondent, v. BOYD-SCOTT CO., INC., and VAN TINE FEATURES SYNDICATE, INC., Appellants, and Others, Defendants.— The plaintiff failed to serve his complaint on the defendants within the time prescribed and obtained an order opening his default and was granted five days in which to serve the complaint. The complaint was not served within the time prescribed by the order; and when it was served it was returned by the defendants. Then the plaintiff made a second motion to open his default, which was granted, but no terms were imposed. The reasons given for this second default are scarcely adequate. The courts are liberal in opening defaults to the end that a trial may be had on the merits. The determination usually merely involves the question of terms to be imposed in granting the order. (Allen v. Fink, 211 App. Div. 411, 415; Baldwin v. Yellow Taxi Corporation, 221 id. 717.) In view of the second default, we are of opinion that terms should have been imposed. Order modified by providing that the default be opened on condition that the plaintiff pay twenty-five dollars costs to the defendant Van Tine Features Syndicate, Inc., and as so modified affirmed, with ten dollars costs and disbursements to the appellants. Plaintiff has leave to serve a complaint within ten days from the entry of the order hereon upon payment of the costs and disbursements as allowed. Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ., concur.

In the Matter of the Application and Petition of JOHN A. BENSEL and Others, Constituting the Board of Water Supply of the City of New York, to Acquire Real Estate for and on Behalf of the City of New York, under Chapter 724 of the Laws of 1905, and Acts Amendatory Thereof, in the Town of Mount Pleasant, Westchester County, New York, for the Purpose of Providing an Additional Supply of Pure and Wholesome Water for the Use of the City of New York. MOUNT VERNON TRUST COMPANY, Appellant; ROY OVERTON, Respondent.— In a condemnation proceeding by the board of water supply of New York city, order directing the appellant to pay to the respondent in cash the balance of an award made for certain premises condemned affirmed, with ten dollars costs and disbursements, upon authority of Matter of Times Square Trust Co. (264 N. Y. 8). Lazansky, P. J., Young, Hagarty, Johnston and Adel, JJ., concur.

In the Matter of the Application of CITY OF BEACON, NEW YORK, a Municipal Corporation, and ROBERT D. ZAHNER, Appellants, for a Peremptory Mandamus Order against THE BOARD OF SUPERVISORS OF THE COUNTY OF DUTCHESS, DWIGHT R. SEDGEWICK, as Chairman, and EVERETT H. TRAVIS, as Clerk of Said Board, Respondents.— Order denying the petitioners' application for an order of peremptory mandamus unanimously affirmed, with costs, as a matter of law and not in the exercise of discretion. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.